UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| MICHAEL WATT, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ENSIGN UNITED STATES DRILLING (S.W.) INC.<br><br>Defendant. | §<br>§<br>§ Docket No. 1:15-cv-1158 MJW<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§ COLLECTIVE ACTION<br>§ PURSUANT TO 29 U.S.C. § 216(b)<br>§<br>§<br>§ |

ORDER (Docket No. 13)

The Court, having heard and considered Plaintiff's Motion to Dismiss (D.N. 13), hereby GRANTS Plaintiff's Motion. Plaintiff's case is dismissed without prejudice.

IT IS SO ORDERED ON July 20, 2015.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO